IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN E. CHEN, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-13-2093
:
DONNA ZICKEFOOSE, WARDEN, : (Judge Brann)
:
    Respondent :

## ORDER

October 10, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Petitioner is **GRANTED** leave to proceed in forma pauperis for the sole purpose of the filing of this action.

    2.    The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

    3.    Petitioner may reassert his present claims in a properly filed civil rights action.

    4.    The Clerk of Court is directed to **CLOSE** the case.

5. Based on the Court's conclusion, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

 s/Matthew W. Brann  
Matthew W. Brann  
United States District Judge